**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00258-CV**
_____

**HARAMBEE CONCEPTS, LLC AND STEFAN JORDAN, Appellants**

**V.**

**CH4R, LLC D/B/A COZY HOMES, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 22-32529**

_____

**MEMORANDUM OPINION**

After CH4R, LLC d/b/a Cozy Homes filed a forcible entry and detainer action against Harambee Concepts, LLC and Stefan Jordan seeking possession of a home that it had leased to them, the trial court signed a judgment awarding possession of the premises to CH4R, LLC d/b/a Cozy Homes. But despite Harambee Concepts and Jordan having perfected an appeal, they then failed to pay the filing fee necessary to maintaining the appeal.

On August 9, 2022, we sent the appellants a certified bill of costs for the filing fee for their appeal. However, they didn't pay the filing fee, and they haven't claimed they are unable to afford to pay the costs. *See* Tex. R. App. P. 5, 20.1. On September 9, 2022, through a notice issued by the Clerk of the Court, we warned the parties that the appellants had not remitted the filing fee. The notice also warned the parties that unless the appellants paid the fee, the Court would dismiss the appeal without further notice after September 26, 2022. No party responded to the Clerk's notice.

In the absence of a satisfactory explanation justifying the appellants' failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 12, 2022
Opinion Delivered October 13, 2022

Before Kreger, Horton and Johnson, JJ.